```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

LUIS CAMACHO-PASTRANA           :           CIVIL ACTION

    vs.                         :

JON FISHER, et al.              :           NO. 10-CV-6032

<u>ORDER</u>

AND NOW, this 18th day of April, 2011, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa and Petitioner's objection thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

                                     BY THE COURT:


                                     <u>s/J. Curtis Joyner</u>
                                     J. CURTIS JOYNER, J.